55 A.3d 98

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Strandon MILLER, Petitioner.**

**No. 99 EM 2012.**

Supreme Court of Pennsylvania.

Oct. 15, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of October, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel of record is directed to file a Petition for Allowance of Appeal within 30 days of this order. *See* Pa.R.Crim.P. 122(B)(2), Comment (counsel's appointment effective through allocatur phase).